

## FELICIA PITRE
## DALLAS COUNTY DISTRICT CLERK

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/2/2015 2:48:01 PM
LISA MATZ
Clerk

NINA MOUNTIQUE
CHIEF DEPUTY

LISA MATZ                                                    September 2, 2015
Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

| | |
|---|---|
| TRIAL COURT CAUSE NO.: | DC-14-10307 |
| COURT OF APPEAL CASE NO.: | 05-15-00900-CV |
| | |
| APPELLANT: | Roger Greenfield & Ted Kasemir |
| APPELLEE: | Lower oak Lawn Investment LP |
| | |
| APPELLANT ATTORNEY: | Christopher Chapaneria |
| SBOT NO.: | 24065032 |
| ADDRESS: | 4909 Irving Ave. Suite 200 |
| | Dallas, TX 75219 |
| | |
| TELEPHONE NUMBER: | 214-750-1395 |
| FAX NUMBER: | NA |

**Dear Ms. Matz:**

In reference to the above styled and numbered cause, our records reflect the due date for the Clerk's Record was **August 23, 2015**. Pursuant to TEX.R.APP.P 35.1. 35.3(a), and 37.3(b), the Clerk's Record has been prepared but is being held for non-payment of **$356.00.**

FELICIA PITRE
District Clerk
Dallas County, Texas
By BRIDGETTE VATION, Deputy

600 COMMERCE STREET   DALLAS, TEXAS 75202   (214) - 653 - 7301
FAX (214) - 653 - 6634   e-mail: FELICIA.PITRE@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html